# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO.: 18-CV-23617-KMW

ANDRES GOMEZ,

       Plaintiff,

v.

GENERAL GROWTH SERVICES, INC.,
and BROOKFIELD PROPERTY REIT, INC.

       Defendants.

_____/

## **JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE**

Plaintiff, ANDRES GOMEZ, and Defendants, GENERAL GROWTH SERVICES, INC., and BROOKFIELD PROPERTY REIT, INC., by and through their respective undersigned counsel, hereby notify the Court that they have entered into a Consent Decree intended to resolve this matter. The parties, through their counsel, jointly move the Court for approval and entry of the Consent Decree attached hereto as Exhibit A.

Dated:  January 11, 2019

| | |
|---|---|
| By: s/ Anthony J. Perez | By: s/Edwin Cruz |
| Anthony J. Perez, Esq. | Mendy Halberstam, Esq. |
| Florida Bar No. 535451 | Florida Bar No. 68999 |
| E-mail: *ajperez@lawgmp.com* | E-mail: *mendy.halberstam@jacksonlewis.com* |
| GARCIA-MENOCAL & PEREZ, P.L. | Edwin Cruz, Esq. |
| 4937 S.W. 74th Court | Florida Bar No. 55579 |
| Miami, FL 33155 | E-mail: *edwin.cruz@jacksonlewis.com* |
| Telephone: (305) 553-3464 | JACKSON LEWIS, P.C. |
| Facsimile: (305) 553-3031 | One Biscayne Tower, Suite 3500 |
| *Counsel for Plaintiff* | Two South Biscayne Boulevard |
| | Miami, Florida 33131-2374 |
| | Telephone: (305) 577-7600 |
| | Facsimile: (305) 373-4466 |
| | *Counsel for Defendant* |

CASE NO.: 18-CV-23617-KMW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

s/ Edwin Cruz
Edwin Cruz, Esq.

## SERVICE LIST

**United States District Court for the Southern District of Florida**
*Andres Gomez v. General Growth Services, Inc., et al.*
**CASE NO.: 18-CV-23617-KMW**

| | |
|---|---|
| Anthony J. Perez, Esq. | Mendy Halberstam, Esq. |
| Florida Bar No. 535451 | Florida Bar No. 68999 |
| E-mail: *ajperez@lawgmp.com* | E-mail: *mendy.halberstam@jacksonlewis.com* |
| Secondary E-mails: *ajperezlaw@gmail.com* | Edwin Cruz, Esq. |
| *and mpomares@lawgmp.com* | Florida Bar No. 55579 |
| GARCIA-MENOCAL & PEREZ, P.L. | E-Mail: *edwin.cruz@jacksonlewis.com* |
| 4937 S.W. 74th Court | JACKSON LEWIS P.C. |
| Miami, FL 33155 | One Biscayne Tower, Suite 3500 |
| Telephone: (305) 553-3464 | Two South Biscayne Boulevard |
| Facsimile: (305) 553-3031 | Miami, Florida 33131 |
| | Telephone: (305) 577-7604 |
| *Attorneys for Plaintiff* | Facsimile: (305) 373-4466 |
| | |
| | *Attorneys for Defendants* |

4821-5595-2249, v. 1